UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG, | No. 2:15-cv-2674 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MUHAMMAD QURESHI, | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 28, 2015, plaintiff filed a motion for a preliminary injunction. (ECF No. 1.)  On January 14, 2016, the undersigned denied the motion for injunctive relief, and ordered plaintiff to file a complaint within thirty days.  (ECF No. 3.)  On February 16, 2016, plaintiff filed an amended complaint.  (ECF No. 5.)  The amended complaint is pending before the court.

    On July 26, 2016, plaintiff filed a motion for voluntary dismissal of this action.  (ECF No. 7.)  In this motion, plaintiff states that he has received no response from the court to his amended complaint.  Plaintiff states that he is requesting dismissal of this action because he fears that his issues will be lost for lack of prosecution.

    Plaintiff is informed that the court has reviewed the amended complaint and finds that it states potentially colorable claims for relief.  However, before the court orders service of the

1

complaint and addresses plaintiff's application to proceed in forma pauperis, plaintiff must inform the court whether he wants to proceed with this action.

    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall inform the court whether he wishes to proceed with this action.

Dated:  December 13, 2016

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

youn2674.59