UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>Defendants. | No. 2:15-cv-2674 KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On February 1, 2017, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Jackie Clark was returned unserved because "unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed February 16, 2016;

////

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed February 6, 2016; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: April 12, 2017

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

youn2674.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>        Defendants. | No. 2:15-cv-2674 KJN P<br><br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_        completed summons form

    \_\_1\_\_      completed USM-285 forms

    \_\_2\_\_      copies of the \_\_\_\_2/06/16\_\_\_\_\_
                        Amended Complaint

DATED:

                                              _____
                                              Plaintiff