UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>Defendants. | No. 2: 15-cv-2674 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2017, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 26.) Pending before the court is defendants' unopposed motion to opt out of the ADR Project. (ECF No. 30.) For the reasons stated herein, defendants' motion is granted.

Defendants state that a settlement conference is not warranted based on plaintiff's history of frivolous litigation, the nature of the claim and the perceived merits of the claim. After reviewing defendants' motion, the undersigned finds that defendants' request to opt out of the ADR project should be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the ADR Project (ECF No. 30) is granted;

2. The order referring this action to the ADR project (ECF No. 26) is vacated; and

1

1        3.  The stay in this action is lifted.

2   Dated:  July 25, 2017

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

You2674.vac

2