UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>Defendants. | No. 2: 15-cv-2674 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

On October 23, 2017, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 23, 2017 motion for leave to amend (ECF No. 35) is denied without prejudice.

Dated: November 1, 2017

Yo2674.ame

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1