UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>MUHAMMAD QURISHI, et al.,<br><br>    Defendants. | No. 2: 15-cv-2674 KJN P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to amend the scheduling order. (ECF No. 34.)

    Pursuant to the scheduling order filed July 25, 2017, the discovery deadline was November 13, 2017, and the deadline for filing dispositive motions is February 2, 2018. (ECF No. 33.)

    In the pending motion, plaintiff requests that the discovery deadline be extended because on September 1, 2017, he was admitted to the Mental Health Department at California State Prison-Los Angeles. Plaintiff alleges that due to the deterioration of his mental and physical health, he was unable to conduct timely discovery.

    On November 2, 2017, defendants filed a statement of non-opposition to plaintiff's pending motion. (ECF No. 37.) Defendants state that they do not oppose plaintiff's request to

modify the scheduling order to permit additional time for the parties to complete discovery.

Good cause appearing, plaintiff's motion to amend the scheduling order is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the scheduling order (ECF No. 34) is granted;

2. The discovery deadline, for all parties, is reset to February 9, 2018; any motions to compel shall be filed by that date; all requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date;

2. The dispositive motion deadline is extended to April 13, 2018; all pretrial motions, except motions to compel discovery, shall be filed on or before that date.

Dated: November 20, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

yo2674.sch