UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG, | No. 2:15-cv-2674 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MUHAMMAD QURISHI, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding without counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. All parties have not consented to Magistrate Judge jurisdiction, and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a District Judge to this case and to update the docket to reflect the new case number.

Dated: January 2, 2018

Young2674.850

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE