UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD QURISHI, et al.,<br><br>Defendant. | No. 2: 15-cv-2674 JAM KJN P<br><br><br><br>ORDER |

On December 11, 2017, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 20, 2017 granting plaintiff's motion to amend the scheduling order.[1] (ECF No. 38.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 20, 2017 is affirmed.

DATED: March 19, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

---

[1] Plaintiff objects to the magistrate judge's order extending the discovery and dispositive motion deadlines for both plaintiff and defendants.

1