UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>Defendants. | No. 2: 15-cv-2674 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff is ordered to show cause why this action should not be dismissed as moot.

This action proceeds on the amended complaint filed February 16, 2016. (ECF No. 5.) Named as defendants are Dr. Qureshi, Dr. Singh, Jackie Clark, N. Atienza and A. Abu. All defendants are located at the California Health Care Facility ("CHCF") in Stockton, California. Plaintiff was incarcerated at the CHCF when he filed the amended complaint. Defendants Qureshi, Singh, Atienza and Abu have filed a summary judgment motion. (ECF No. 44.) Defendant Clark has not yet been served with process.

In the amended complaint, plaintiff alleges that he received inadequate medical care while housed at the CHCF. In the amended complaint, plaintiff seeks injunctive relief only (i.e. no monetary damages). (See ECF No. 5 at 8-11.)

1

Plaintiff is now housed at the California Medical Facility ("CMF"). (ECF No. 48.) When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions. See Weinstein v. Bradford, 423 U.S. 147, 149 (1975); Dilley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995). Accordingly, plaintiff is ordered to show cause why this action should not be dismissed as moot.[1]

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed as moot.

Dated: November 29, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' summary judgment motion addresses the merits of plaintiff's claims. (See ECF No. 44.)