UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>Defendants. | No. 2:15-cv-2674 JAM KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2019 are adopted in full;

2. Plaintiff's claims for injunctive relief are dismissed;

3. Defendant Clark is dismissed;

4. Plaintiff's claim for damages for his alleged failure to receive injections of Golimumab is dismissed; and

5. Defendants' summary judgment motion (ECF No. 44), as it relates to plaintiff's claim for damages, is denied.

DATED: May 20, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE