UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY YOUNG, | No. 2: 15-cv-2674 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| MUHAMMAD QURESHI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a jury trial before the Honorable John A. Mendez on January 13, 2020.

On August 26, 2019, the court issued a pretrial order. (ECF No. 62.) The pretrial order stated that plaintiff requested a settlement conference. The pretrial order directed defendants to inform the court whether they would participate in a settlement conference.

On September 5, 2019, defendants filed a statement stating that they would participate in a settlement conference. (ECF No. 63.)

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, the parties shall return to the court the attached form indicating whether they waive disqualification of the undersigned to conduct the settlement conference; following receipt of this form, a settlement conference will be scheduled.

Dated: September 9, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Young2674.set

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>    Defendants. | No. 2: 15-cv-2674 JAM KJN P<br><br>NOTICE RE: JUDGE ELECTION FOR SETTLEMENT CONFERENCE |

1. As required by court order, the parties notify the court of the following election:

    \_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

        **OR**

    \_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

    **AND**

2. Plaintiff indicates his preference by checking one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

    **OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference.

DATED:

                                                        _____
                                                        Plaintiff or Counsel for Defendants