# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY YOUNG, | No. 2:15-cv-2674 JAM KJN P |
| Plaintiff, | |
| v. | |
| MUHAMMAD QURESHI, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Danny Young, CDCR # C-53235, a necessary and material witness in a settlement conference in this case on December 3, 2019, is confined in the California Medical Facility (CMF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, by video conference from his place of confinement, to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Tuesday, December 3, 2019, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Counsel for the defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Medical Facility, 1600 California Dr., Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
Dated: October 2, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Young2674.841