UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY YOUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>  Defendants. | No. 2: 15-cv-2674 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2019, a settlement conference action was held in this action. This action settled. On December 20, 2019, this action was dismissed.

On February 21, 2020, plaintiff filed a letter with the court requesting that the settlement agreement be enforced. In particular, plaintiff alleged that he was supposed to receive a payment of $8,300.00 within 90 to 120 days of the settlement conference. In the letter, plaintiff stated that he would like to be "in a position to enforce" the receipt of this money.

Accordingly, IT IS HEREBY ORDERED that if plaintiff has not received payment of the money from the settlement agreement, he shall inform the court within twenty-one days of the date of this order.

Dated: July 20, 2020

young2674.set(2)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE