UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY YOUNG,<br><br>           Plaintiff,<br><br>      v.<br><br>MUHAMMAD QURESHI, et al.,<br><br>           Defendants. | No.  2: 15-cv-2674 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 20, 2020, the undersigned ordered plaintiff to inform the court within twenty-one days if he had not received payment of the money from the settlement agreement.  (ECF No. 76.)

Twenty-one days passed from July 20, 2020, and plaintiff did not respond to the July 20, 2020 order.  However, on July 21, 2020, defendants filed a statement regarding the settlement payment.  (ECF No. 77.)  Defendants state that on May 14, 2020, counsel for defendants received an e-mail indicating that the State Controller's Office paid the settlement on April 24, 2020.

Good cause appearing, IT IS HEREBY ORDERED that the issue regarding payment of the money from the settlement agreement to plaintiff is deemed resolved.

Dated:  August 25, 2020
Young2674.res

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE